FILED
SUPERIOR COURT
OF GUAM

2014 OCT 20 AM 10: 51

CLERK OF COURT

BY:_____

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| PEOPLE OF GUAM, | ) Case No. CF 0363-14 |
| | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) **ORDER ON PEOPLE'S MOTION IN** |
| | ) **LIMINE TO COMPEL DEFENDANT** |
| | ) **TO SHOW TATTOOS FOR** |
| JOHNNY B. ATALIG, | ) **IDENTIFICATION AT TRIAL** |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena III on October 16, 2014 upon the People of Guam's ("the People") Motion in Limine to Compel Defendant Atalig to Show Tattoos for Identification at Trial. Attorney Leevin T. Camacho represents Defendant and Assistant Attorney General James C. Collins represents the People. The Court GRANTS the Motion.

## ORDER

On July 29, 2014, a grand jury indicted Defendant on Burglary in violation of 9 G.C.A. §§ 37.20(a) and 37.20(b), and Theft in violation of 9 G.C.A. §§ 43.30(a) and 43.20(a). On September 11, 2014 the People submitted their Motion in Limine to Compel Defendant to Show Tattoos for Identification at Trial. Defendant filed his Opposition to the Motion on September 26. On October 16, the Court heard oral arguments, received video evidence, and took the matter under advisement.

The Court hereby GRANTS the Motion such that the People may compel Defendant to show his tattoos for identification at trial. An extended Decision and Order on the matter is forthcoming. Trial is scheduled to begin on October 27, 2014.

**IT IS SO ORDERED** this day of October 20, 2014.

Original Signed By:
Hon. Alberto C. Lamorena III

HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

OCT 2 8 2014

Jerry T. Guerrero

Deputy Clerk, Superior Court of Guam